**STATE of Missouri, Respondent,**

v.

**Olin KITCHIN, Appellant.**

**No. 44629.**

Supreme Court of Missouri.

Division No. 2.

Sept. 12, 1955.

Olin Kitchin, pro se.

John M. Dalton, Atty. Gen., John W. Inglish, Asst. Atty. Gen., for respondent.

STORCKMAN, Judge.

The appeal in this case is one of two consolidated for argument. It is an appeal from an order rendered August 27, 1954, overruling a motion for an order nunc pro tunc in case No. 99924 in the Circuit Court of Greene County. It is a companion case to the appeal in case No. 99922 from Greene County.

The facts and applicable law are all stated in the opinion, Mo., 282 S.W.2d 1, and the decision in this case should and will be the same.

The judgment is affirmed.

All concur.